UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

LEAH CABALLERO PASCO

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-38 (GHL)

_____
Robert Bogdan, Esq. (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to count(s) 1

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Theft of Government Property, in violation of Title 18, United States Code, Section 641.

**DATE OFFENSE CONCLUDED:** December 30, 2006

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00 and a $25.00 special assessment. The total of the fine and assessment is $525.00, payable no later than October 1, 2007. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.


      August 8, 2007
Date of Imposition of Sentence


      September 6, 2007
DATE SIGNED

_____
George H. Lowe
United States Magistrate Judge